IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.

IN RE: $11,000.00 IN UNITED STATES CURRENCY

---

**UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE COMPLAINT FOR FORFEITURE**

---

COMES NOW the United States of America (the "United States"), by and through United States Attorney Cole Finegan and Assistant United States Attorney Kurt J. Bohn, and pursuant to 18 U.S.C. § 983(a)(3)(A), respectfully requests that the Court extend the time for the United States to initiate a forfeiture action against $11,000.00 in United States currency, from July 4, 2022 to September 2, 2022.

In support of this Motion, the United States states:

1.  The asset, $11,000.00 in United States currency, was seized on January 8, 2022 by law enforcement officers. It is believed to be proceeds from the distribution of illegal narcotics. The Drug Enforcement Administration ("DEA") initiated an administrative forfeiture proceeding against the asset.

2.  On April 5, 2022, Andrew Distel filed a timely claim asserting an interest in the asset. Based on the filing of the claim, and pursuant to 19 U.S.C. §§ 1608 and 1610, the DEA forwarded the claim to the United States Attorney's Office for the District of Colorado on April 12, 2022, for the filing of a Verified Complaint.

3.  The United States and Andrew Distel are currently discussing a settlement but have not yet reached a resolution regarding the subject asset.

4.  The United States has conferred with Andrew Distel, and he agrees to the filing of this motion.

5.  Pursuant to 18 U.S.C. § 983(a)(3)(A)-(C), unless the time to initiate a judicial forfeiture against the $11,000.00 in United States currency is extended by the Court for good cause or upon agreement of the parties, the United States is required to initiate a judicial forfeiture action against the $11,000.00 in United States currency no later than July 4, 2022.  However, pursuant to 18 U.S.C. § 983(a)(3)(A), the Court may extend the period for filing a forfeiture complaint for good cause shown.

WHEREFORE, the United States respectfully requests that the Court extend the time for the United States to initiate a judicial forfeiture action against the $11,000.00 in United States currency from July 4, 2022 to September 2, 2022.

DATED this 27th day of June, 2022.

Respectfully submitted,

COLE FINEGAN
United States Attorney

By: s/ *Kurt J. Bohn*
Kurt J. Bohn
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Ste. 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: kurt.bohn@usdoj.gov
*Attorney for the United States*